PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Andrew Clark                                                    Cr.: 02-785
                                                                                  PACTS #: 8907

Name of Sentencing Judicial Officer: William H. Walls

Date of Original Sentence: 4/22/05

Original Offense: Bank Fraud (18:1344 & 2)

Original Sentence: 64 months imprisonment

Type of Supervision: 5 years supervised release                Date Supervision Commenced: 6/10/08

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | On August 13, 2008, the offender was arrested by the Robbery/Homicide Unit of the Newark Police Department. He was charged with:1) Aggravated assault; 2) Possession of a dangerous weapon; 3) Endangering the welfare of a minor. |
| | According to Newark Police reports, the offender engaged in a verbal altercation with Tanjaneka Marshall, the mother of his child. In the course of the argument, Clarke threatened to slap Marshall, as well as break her jaw. When he entered his vehicle, the offender reportedly pointed a handgun at Marshall, stating "I should shoot your ass right now." This prompted the victim's 15 -year old son to shield his mother, stating "don't shoot my mother." |
| | At this time, the offender remains in state custody pending adjudication of the matter. In a conversation with the Probation Officer, he denies all of the charges, and is confident they will be dropped. |

U.S. Probation Officer Action:
The U.S. Probation Office will continue to investigate the conduct which advanced these charges. When our investigation is complete, a violation may be initiated.

Respectfully submitted,
By: Maurine Rush-Blossfeld
Senior U.S. Probation Officer
Date: 8/25/08

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

_____
Date