PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Clark, Andrew                                                   Cr.: 02-785
                                                                           PACTS Number: 08907

Name of Sentencing Judicial Officer: Honorable William H. Walls

Date of Original Sentence: 04/22/05

Original Offense: Bank Fraud

Original Sentence: 64 four months custody, 5 years supervised release, financial disclosure, drug treatment, no new debt, DNA testing and pay $109.059.21 in restitution.

Type of Supervision: Supervised release                         Date Supervision Commenced: 06/9/08

## PETITIONING THE COURT

[ ]   To extend the term of supervision for        Years, for a total term of        Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside for the period of the remaining seven months of home confinement in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

## CAUSE

The offender was arrested on March 17, 2010, by the Newark Police Department and charged with failing to provide a registration, bail jumping, failure to wear a seatbelt and admitting to driving while his license is suspended, as a consequence of his non-compliance, Mr. Clark has signed the Form 49 Waiver of Hearing, agreeing to serve the remainder of his home confinement term in a halfway house.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 3/20/10

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action

PROB 12B - Page 2
Clark, Andrew

[ ] Other

_____
Signature of Judicial Officer

31 March 2010
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Based on the offender being arrested on March 17, 2010, by the Newark Police Department and charged with failure to wear a seatbelt, bail jumping, failure to provide a registration and admitting to driving while suspended he has agreed to serve the remainder of his home confinement term in a halfway house.

Witness: _____
Senior U.S. Probation Officer
Stanley K. Whetstone

Signed: _____
Probationer or Supervised Releasee
Clark, Andrew

March 22, 2010
DATE