PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: CLARKE, Andrew         Cr.: 02-00785-001
                                         PACTS Number: 8907

Name of Sentencing Judicial Officer: Honorable William H. Walls, Sr. U.S.D.J.

Date of Original Sentence: 04/20/2005
Date of Revocation: 10/07/2009

Original Offense: Bank Fraud

Original Sentence: 64 months imprisonment; five (5) years supervised release.
10/07/2009 Revocation Sentence: time served, three (3) years supervised release.

Type of Supervision: Supervised Release         Date Supervision Commenced: 10/07/2009

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows. The addition of the following special condition:

RESIDENTIAL REENTRY CENTER PLACEMENT (2 months WITH weekend privileges)

You shall reside for a period of two (2) months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall be eligible for weekend privileges. You shall pay subsistence as required by the program.

## CAUSE

On or about February 28, 2011, Clarke traveled out-of-district without permission.

Respectfully submitted,

By: Joseph Empirio, U.S.P.O.
Date: 07/13/2011

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

13 July 2011
Date